United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James A. Citro  
Deirdre Foley-Citro  
     Debtors

Case No. 15-16986-sr  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Aug 08, 2016  
                        Form ID: 211      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2016.  
db/jdb       +James A. Citro,   Deirdre Foley-Citro,   1720 Sammar Road,   Lancaster, PA 17601-5045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2016 at the address(es) listed below:  
         CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com  
         CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         MICHAEL D. HESS    on behalf of Joint Debtor Deirdre Foley-Citro amburke7@yahoo.com  
         MICHAEL D. HESS    on behalf of Debtor James A. Citro amburke7@yahoo.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                    TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                                        Chapter: 7

    James A. Citro and Deirdre Foley−Citro

Debtor(s)                                                                                              Case No: 15−16986−sr

___

*ORDER*

AND NOW, 8/8/16 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 8/22/16 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                          For The Court

                                          Stephen Raslavich

                                          Judge ,United States Bankruptcy Court