Certificate Number: 14912-PAE-DE-028008319

Bankruptcy Case Number: 15-16986



14912-PAE-DE-028008319

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 3, 2016, at 1:54 o'clock PM EDT, James Citro completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 3, 2016            By:     /s/Jai Bhatt

Name:   Jai Bhatt

Title:  Counselor

Certificate Number: 14912-PAE-DE-028008320

Bankruptcy Case Number: 15-16986



14912-PAE-DE-028008320

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 3, 2016</u>, at <u>1:54</u> o'clock <u>PM EDT</u>, <u>Deirdre Citro</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 3, 2016</u>          By:   <u>/s/Jai Bhatt</u>

                                        Name:   <u>Jai Bhatt</u>

                                        Title:   <u>Counselor</u>