United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James A. Citro  
Deirdre Foley-Citro  
    Debtors

Case No. 15-16986-sr  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 19, 2017  
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.  
db/jdb        +James A. Citro,    Deirdre Foley-Citro,    1720 Sammar Road,    Lancaster, PA 17601-5045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:

         CHRISTINE C. SHUBERT     christine.shubert@comcast.net,    J100@ecfcbis.com  
         CHRISTINE C. SHUBERT     on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,  
           J100@ecfcbis.com  
         JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing  
           LLC bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         MICHAEL D. HESS     on behalf of Joint Debtor Deirdre   Foley-Citro amburke7@yahoo.com  
         MICHAEL D. HESS     on behalf of Debtor James A. Citro amburke7@yahoo.com  
         PETER J. ASHCROFT     on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC  
           pashcroft@bernsteinlaw.com,  
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 15-16986-sr |
|---|---|
| JAMES A. CITRO and DEIRDRE FOLEY CITRO, | Chapter 7 |
| | Doc. No. |
| Debtors, | |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Notice of Mortgage Payment Change under Proof of Claim 4 **(No. #4-1)** filed by **Ditech Financial, LLC**;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change under Proof of Claim (including attachments) **(No. 4-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to the **Notice of Mortgage Payment Change under Claim No. 4-1 on the Claims Register forthwith**.

**Ditech Financial, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 2, 2017.

Dated: January 19, 2017

BY THE COURT:

_____
Hon. Stephen Raslavich
U.S. Bankruptcy Court Judge